# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ALVIN GAMAR STANLEY, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:21-cv-52 |
| v. | * |
| TIMOTHY C. WARD, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 23. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Amended Complaint for failure to follow this Court's Order, and **DENIES as moot** Plaintiff's Motion for Preliminary Injunction. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Plaintiff *in forma*

*pauperis* status on appeal.

**SO ORDERED**, this 12 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA